No. 03–10866. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10867. VERDELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10868. SMITHERMAN v. MOSLEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–10869. RENTERIA v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10870. LYNN v. ALLEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10871. ANDERSON v. DEMIS. C. A. 6th Cir. Certiorari denied.

No. 03–10872. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10873. GARCIA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–10874. HOPKINSON v. LABOVITZ ET AL. Sup. Ct. Ga. Certiorari denied.

No. 03–10875. MENDOZA v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. D. C. Cir. Certiorari denied.

No. 03–10876. MINEFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10878. LOPEZ-PAYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10880. PRINGLE v. BEZY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10881. SIMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10882. PEREA v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.